IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

PERDUE FARMS INCORPORATED,
31149 Old Ocean City Road
Salisbury, Maryland 21804,

And

RETIREMENT BENEFITS COMMITTEE OF THE
PERDUE SAVINGS PLAN (f/k/a The Perdue
Supplemental Retirement Plan)
31149 Old Ocean City Road
Salisbury, Maryland 21804,

                Plaintiffs,

vs —

                Civil Action No.

TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA
One Tower Square
Hartford, CT 06183,

And

RELIANCE INSURANCE COMPANY
Three Parkway
Philadelphia, PA 19102,

                Defendants.

## NOTICE OF REMOVAL

Defendants, Travelers Casualty and Surety Company of America ("Travelers") and Reliance Insurance Company ("Reliance"), by their attorneys, hereby give notice under 28

W253459.

U.S.C. § 1446 of the removal of the above-styled action to this Court. Defendants represent to the Court as follows:

1.  Plaintiffs Perdue Farms Incorporated and the Retirement Benefits Committee of the Perdue Savings Plan (f/k/a The Perdue Supplemental Retirement Plan), filed an action in the Circuit Court for Wicomico County, Maryland on or about March 21, 2003, styled as *Perdue Farms Incorporated and Retirement Benefits Committee of the Perdue Savings Plan v. Travelers Casualty and Surety Company of American and Reliance Insurance* Company, Case No. 22-C-03-000385 OC ("Civil Action"). The Summons and Complaint, which are the only pleadings and papers filed in the Civil Action, are attached as Exhibit "A" to this Notice of Removal.

2.  The Summons and Complaint were served on the defendants on or about March 27, 2003.

3.  The Complaint filed by Plaintiffs in the Circuit Court for Wicomico County seeks damages for alleged breach of contract, as well as declaratory relief and other such relief as the Court may deem appropriate.

4.  This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) in that it is filed within 30 days of defendants' receipt of the initial pleading purporting to set forth the claims for relief on which this action is based.

5.  The basis for removal is 28 U.S.C. § 1441(a). This Court has original diversity jurisdiction over the Civil Action under 28 U.S.C. § 1332 for the following reasons:

    a.  According to the Complaint, Perdue is a Maryland corporation with its headquarters in Salisbury, Maryland;

    b.  According to the Complaint, The Retirement Benefits Committee of the Perdue Savings Plan has its headquarters in Salisbury, Maryland;

W253459.1

   c. Travelers is (and was at the time of commencement of the Civil Action) a company organized under the laws of Connecticut with its principal place of business in Hartford, Connecticut

   d. Travelers is represented by undersigned counsel;

   e. Reliance was a company organized under the laws of Pennsylvania with its principal place of business in Philadelphia, Pennsylvania. In October, 2001 Pennsylvania's insurance commissioner ordered the liquidation of the company;

   f. Reliance is represented by undersigned counsel;

   g. According to the Complaint filed in the Circuit Court for Wicomico County, the amount in controversy exceeds the sum or value of $75,000. *See* Complaint at ¶ 42 (claiming damages "in excess of $10.4 million")

WHEREFORE, Defendants hereby remove the Civil Action from the Circuit Court for Wicomico County to this Court

W253459.1

Dated: April 18, 2003                                    Respectfully submitted,

*/s/ Lydia Turnipseed*

John C. Hayes, Jr. (Fed. Bar No. 01936)
Lydia Turnipseed (Fed. Bar No. 014005)
Nixon Peabody LLP
401 Ninth Street, N.W., Suite 900
Washington D.C. 20004-2128
(202) 585-8000 (phone)
(202) 585-8080 (facsimile)

Attorneys for Defendants
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA and
RELIANCE INSURANCE COMPANY

W253459.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2003, I caused a copy of the foregoing Notice of Removal to be served by first-class mail, postage prepaid, on the following:

Ernest I. Cornbrooks, III
Webb, Burnett, Jackson,
Cornbrooks, Wilber, Vorhis & Douse, LLP
115 Broad Street
P.O. Box 910
Salisbury, Maryland 21803

Holly Drumheller Butler
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

_____
Lydia Turnipseed

W253459.1