```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

PERDUE FARMS INC., et al.       :
                                :
v.                              :  Civil Action WMN-03-1148
                                :
TRAVELERS CASUALTY AND SURETY   :
CO. OF AMERICA, et al.          :

**<u>ORDER</u>**

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 31st day of August, 2004, by the United States District Court for the District of Maryland, ORDERED:

That Plaintiff Perdue Farms, Inc.'s Motion for Summary Judgment, Paper No. 35, is GRANTED;

1. That Defendant Travelers Casualty and Surety Co. of America's Opposition to Plaintiff's Motion for Summary Judgment and Motion for Partial Summary Judgment on Defendant's Counterclaim, Paper No. 43, is DENIED;

2. That judgment is entered in favor of Perdue and against Travelers in the amount of $9,428,841 (plus prejudgment interest);

3. That Civil Action No. WMN-03-1148 is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a

final judgment within the meaning of Fed. R. Civ. P. 58; and

      7.    That the Clerk of the Court shall transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                                                  _____/s/_____
                                               William M. Nickerson
                                               Senior United States District Judge